UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                     No.   23 CR 80-LTS-2

SHARON CHARLES,

        Defendant.

-------------------------------------------------------x

## ORDER

The plea hearing in this case is scheduled to proceed on **March 21, 2023**, at **10:00 a.m.** in Courtroom 17C. The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at

https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York
       March 16, 2023

                                                                              /s/ Laura Taylor Swain
                                                                             LAURA TAYLOR SWAIN
                                                                             Chief United States District Judge