UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES

-v-                                                                    No.   23-CR-80-LTS-2

SHARON CHARLES,

        Defendant.

-------------------------------------------------------x

ORDER

In connection with the sentencing in this case, both the Government and the Defense have filed redacted sentencing submissions on the docket. The redacted material includes sensitive personal information such as the names of minors and the home addresses of individuals, in accordance with Federal Rule of Criminal Procedure 49.1. The redactions are hereby approved, and the original sentencing submissions will be filed under seal. Periodic sealing updates from counsel will not be required.

SO ORDERED.

Dated: New York, New York
       July 11, 2023

                                                                                   /s/ Laura Taylor Swain
                                                                             LAURA TAYLOR SWAIN
                                                                             Chief United States District Judge