# ZEMAN & WOMBLE, LLP

BENJAMIN ZEMAN  P (718) 514 - 9100
20 VESEY STREET, SUITE 400  F (917) 210 - 3700
NEW YORK, NY 10007  ZEMAN@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

November 27, 2023

Honorable Laura T. Swain
United States Courthouse
500 Pearl Street         **MEMO ENDORSED**
New York, New York 10007-1312

Re: U.S. v. Sharon Charles, 23 cr. 80

Dear Judge Swain,

    I submit this letter on behalf of my client, Sharon Charles, requesting the return of her passport which was relinquished to pre-trial services at the time of her arrest.

    Following her March 21, 2023 guilty plea, Ms. Charles was sentenced by Your Honor on July 11, 2023 to twelve months probation, two of which Ms. Charles was subject to home detention. Counsel and Ms. Charles have conferred with both the Government and Pretrial Services regarding this request. The Government does not object to the return of Ms. Charles' passport and pretrial services take no position.

    I therefore request that Sharon Charles be permitted to regain possession of her passport. Thank you for your consideration of this request.

Respectfully,

Benjamin Zeman
Counsel for Sharon Charles

The foregoing request is granted.  The Office of Pretrial Services is respectfully directed to return Ms. Charles' passport.
SO ORDERED.
November 28, 2023
/s/ Laura Taylor Swain, Chief USDJ